IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

United States of America,

    Plaintiff,

vs.                                         Case No. 14-10089-JTM

Myron T. Markham,

    Defendant.

MEMORANDUM AND ORDER

Defendant Myron Markham is charged with bank robbery in violation of 18 U.S.C. § 2113(a). The court has ordered a psychiatric examination of the defendant (Dkt. 39). In addition, the defendant has filed a series of Motions and Notices, all advancing the notion that the court lacks jurisdiction to hear the criminal charge against him, based upon the Uniform Commercial Code.

In two hearings (held January 16 and 26, 2015), and by separate written order. (Dkt. 34, at 3-4), the court has already considered and rejected defendant's argument. *See also United States v. Burgoin*, No. 11-40057-04, 2011 WL 6372877, *3-4 (D. Kan. 2011). The defendant is subject to the jurisdiction of the court pursuant to Article I, Section 8 of the United States Constitution and 18 U.S.C. § 3231. Future pleadings by defendant repeating

these arguments will be summarily denied.

IT IS ACCORDINGLY ORDERED this 5th day of February, that all of defendant's pending pro se Motions and Notices (Dkt. 35, 36, 40, 41, 42, 46, 47, 48, and 49) are hereby denied, to the extent that they seek any relief or purport to have any legal effect whatsoever.

s/ J. Thomas Marten
J. THOMAS MARTEN, JUDGE

2